## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RODRIGUEZ PLUMBING CONTRACTORS, INC.<br><br>Plaintiff<br><br>vs.<br><br>OAC ACTION CONSTRUCTION CORP.; ALLIED WORLD INSURANCE COMPANY<br><br>Defendants | Civil Case No. 21-CV-1323(WGY) |

## JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

**COME NOW** Plaintiff, Rodríguez Plumbing Contractors, Inc. and Defendants, OAC Action Construction Corp. and Allied World Insurance Company, through their undersigned counsel, and hereby inform as follows:

1. On August 10, 2023 this Honorable Court issued an order at Docket No. 52 requiring Defendants to pay Plaintiff the amount of $32,230.01 with legal interests on or before September 9, 2023. Defendant complied with said Order. (**See Docket No. 53**)

2. Accordingly, the parties hereby jointly request this Honorable Court to dismiss the instant case with prejudice and without the imposition of costs and attorney's fees pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

3. The parties in the instant case waive their right to appeal or otherwise request revision of the judgment for voluntary dismissal with prejudice.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above and dismiss this matter with prejudice.

**RESPECTFULLY SUBMITTED.**

In San Juan Puerto Rico, this 10th day of October, 2023.

**IT IS HEREBY CERTIFIED** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

| | |
|---|---|
| **RAMOS GONZALEZ & TOYOS OLASCOAGA, CSP**<br>PO Box 193317<br>San Juan, PR 00919-3317<br>Tel.: 787-765-2731<br>Fax: 787-641-1845<br><br>**s/ José O. Ramos González**<br>José O. Ramos González<br>USDCPR Bar No. 201304<br>rgtolaw@gmail.com | **PIETRANTONI MÉNDEZ & ALVAREZ LLC**<br>Popular Center, 19th Floor<br>San Juan, PR 00918<br>Tel.: (787) 274-1212<br>Fax: (787) 274-1470<br><br>**s/Herman G. Colberg-Guerra**<br>Herman G. Colberg-Guerra<br>USDC NO. 212511<br>hcolberg@pmalaw.com |