THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **RODRIGUEZ PLUMBING CONTRACTORS, INC.,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**OAC ACTION CONSTRUCTION CORP.; ALLIED WORLD INSURANCE COMPANY,**<br><br>    **Defendants.** | Civ. No. 21-1323 (MAJ) |

## JUDGMENT

On October 10, 2023 the parties filed a Joint Motion for Voluntary Dismissal with Prejudice (Docket No. 55). In accordance with the Order entered at Docket No. 56, judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 11th day of October, 2023.

*S/ María Antongiorgi-Jordán*
**MARÍA ANTONGIORGI-JORDÁN**
**UNITED STATES DISTRICT JUDGE**